ACCEPTED
14-14-00936-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 12:03:22 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00936-CR

IN THE

## Court of Appeals
## For the Fourteenth Judicial District of Texas
## At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 12:03:22 PM
CHRISTOPHER A. PRINE
Clerk

—————————

# DARRYL KENT AUTHORLEE,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

—————————

Cause number 240766
In the 185th Judicial District Court
Of Harris County, Texas

—————————

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

—————————

TO THE HONORABLE FIRST COURT OF APPEALS:

Darryl Kent Authorlee, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)    The appellant's brief is due on January 14, 2015.

(B)   The appellant seeks an extension of time to file the appellant's brief until, February 13, 2015.

(C)   The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to the undersigned's work load, more time is necessary to review the appellant record and prepare an appellate brief; the trial court denied the appellant's request for DNA testing and the record will take some time to completely review.

(D)   No previous motion requesting an extension of time to file the appellant's brief has been requested or granted.

WHEREFORE, February 13, 2015.

Respectfully submitted,

__/s/  Kelly Smith_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 276 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney,  1201 Franklin, 6th Floor, Houston, Texas 77002.

__/s/  KellySmith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX 77206
281-734-0668
Kelly.A.Smith.06@gmail.com